

**ORDERED in the Southern District of Florida on July 12, 2023.**

_____
**Mindy A. Mora, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

In re:  
ASPEN SOBER LIVING, LLC,  
EIN 85-2318984

        Debtor.  
_____/

Case No.: 23-12383-MAM

Chapter 11, Subchapter V

## ORDER DISMISSING CHAPTER 11 CASE

THIS CAUSE came before the Court for a hearing on July 11, 2023, upon the Debtor-in-Possession, ASPEN SOBER LIVING, LLC ("Debtor")'s *Motion to Dismiss* [ECF No. 42] (the "Motion"). The Court, having carefully considered the Motion and the court file, having noted that the Motion and notice of the hearing thereon [ECF No. 43] were served on all creditors and parties in interest with proof of service at ECF No. 46 and that no objections or responses were filed or received, having heard argument presented at the hearing by counsel for the Debtor, having heard no opposition to the Motion raised at the hearing, and the stipulations announced on the

record with respect of the Motion, finds it appropriate to grant the following relief given the facts and circumstances of this case. Accordingly, it is

**ORDERED that**

1. The Motion is **GRANTED**, and the Court finds cause to, and does hereby dismiss this chapter 11 case, pursuant to 11 U.S.C. § 1112(b).

2. The foregoing notwithstanding, Debtor's counsel, having represented that it holds funds necessary to satisfy the awarded Subchapter V Trustee fees in trust, shall promptly remit the awarded amount to the Subchapter V Trustee as a condition of dismissal.

3. In addition, the Court imposes a six (6) month bar from the Debtor re-filing any petition for relief under title 11.

4. The Court reserves jurisdiction to enforce the terms of this Order.

###

Submitted by:
Stephen C. Breuer, Esq.
FBN 99709
Breuer Law, PLLC
Counsel for the Debtor-in-Possession
6501 Congress Avenue, Ste. 240
Boca Raton, FL 33487
Telephone     954-607-3244
Fax           954-607-3244
Email:        stephen@breuer.law

Stephen C. Breuer shall serve a copy of the signed order on all parties entitled to service thereof and file with the court a certificate of service.